IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CATRINA MALDONADO, #01922801 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-739 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

    This case was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation (Dkt. #25) ("the Report") recommending that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied as time-barred and that the case be dismissed with prejudice. The Report further recommended that a certificate of appealability be denied. Petitioner filed objections (Dkt. #27).

    In the objections, Petitioner appears to assert that the Magistrate Judge did not review the correct conviction and petition in this case. She alleges that the § 2254 petition filed on or about August 2, 2022, challenges her federal conviction, while the "11.07 Writ of Habeas Corpus" filed on June 9, 2025, challenges her state court conviction for injury to a child. (Dkt. #27 at 1). She then asks the Court to "thoroughly review the 11.07 Writ of Habeas Corpus" that was filed on June 9, 2025. (Dkt. #27 at 2). To clarify, the § 2254 petition was originally filed on or about August 2, 2022, and the operative amended petition was filed on September 22, 2022. This habeas action challenges Petitioner's state court conviction for injury to a child. The Magistrate Judge reviewed the correct state court conviction and federal habeas petition.[1]

---

[1] Petitioner challenged her federal conviction in 4:23-CV-818 pursuant to 28 U.S.C. § 2255. Judgment was entered on June 3, 2025.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** as time-barred and the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 11th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE